## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RUSSELL M. HOLSTEIN, PH.D., LLC a New Jersey limited liability company, individually and as the representative of a class of similarly-situated persons, <br><br> Plaintiff, <br><br> v. <br><br> BANNER LIFE INSURANCE COMPANY, WILLIAM PENN LIFE INSURANCE COMPANY OF NEW YORK, FPA KATCHEN, LLC, TRESTLE & ASSOCIATES LIMITED LIABILITY COMPANY and JOHN DOES 1-10, <br><br> Defendants. | ) ) ) ) ) Civil Action No.: 3:16-cv-00462 ) ) **CLASS ACTION** ) ) ) ) ) ) ) ) ) ) ) |

### PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

Plaintiff, Russell M. Holstein, PHD., LLC ("Plaintiff") individually and as the representative of a class of similarly-situated persons (the "Class"), pursuant to Federal Rule of Civil Procedure 23(e), moves this Court for entry of an order preliminary approving the Settlement Agreement between Plaintiff and Defendants; approving the form Notices of Class Action Settlement and their dissemination by facsimile and U.S. mail and by publication; and setting a schedule for the final approval process. This motion is made on the grounds that the proposed settlement is within the necessary range of reasonableness to justify granting the preliminary approval.

Plaintiff hereby submits its memorandum of law in support of its Motion for Preliminary Approval of Class Action Settlement and Notice to the Class.

Dated: May 21, 2018

Respectfully submitted,

RUSELL M. HOLSTEIN, PH.D., LLC,
individually and as the representative of a class of
similarly-situated persons

By: s/ Matthew N. Fiorovanti

Michael J. Canning
Matthew N. Fiorovanti
Giordano, Halleran & Ciesla
125 Half Mile Road, Suite 300
Red Bank, New Jersey   07701-6777
Telephone:  732-741-3900
Fax:  732-224-6599

Brian J. Wanca
Ryan M. Kelly
Ross M. Good
ANDERSON + WANCA
3701 Algonquin Road, Suite 500
Rolling Meadows, IL  60008
Telephone:  847-368-1500
Fax:  847-368-1501

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

s/ Matthew N. Fiorovanti

2